### James Collingwood Comᴿ of the Sloop *Charming Betty* vs Ship *Oratava* and her Cargo

July 10ᵗʰ 1740.

The Court being Opened According to Adjournmᵗ Mʳ Overing advᵒ for the Defᵗ entered his Plea and It's agreed by the Advocates on both sides that upon the Plea now given the Defendᵗ may give in any special matter in Evidence — Capᵗ Collingwoods Commission was produced in Court with Several other Papers relating to said Ship and Cargo which were read and then Robert Williamson Master, and James Adamson Mate, of sᵈ Ship were Sworn likewise George Simpson and George Ropes and Thomas Potts were also Sworn And then the Court was adjourned to 4 aClock P: M

[Minute Book, 1740–1743]

No 3. the sᵈ John Mᶜ Carrick sailor etc. who claims the ship and Cargoe as minuted etc by James Ovdring his Advocates appears and pleads that the owners etc. are not Guilty in manner and forme as the sᵈ Libel suggests and that the sᵈ Vessel Cargoe is not liable to Confiscation as Demanded

J Ovding Advocate
J. Dester

[Admiralty Papers, I, 3]

### [Evidences taken before Judge Dunbar Nᵒ 9]

Robᵗ Williamson Mastʳ of the Ship Oratava Sworn in Court

*Qⁿ* Do you know of the Sale of this Ship or any Pt thereof at any time within Twelve Months preceeding the Capture of the same by Capᵗ Collingwood

*Answʳ* No I know of none

*Qⁿ* Is the Papʳ Nᵒ 17 taken by Capᵗ Collingwood on board the Ship

Oratava (with other papers) mentioning an Agreem<sup>t</sup> between the Dep<sup>t</sup> and Mes<sup>rs</sup> Stephen Delaney and John Moore for the Securing the paym<sup>t</sup> of a Sum therein mentioned and Dated the 3<sup>d</sup> of Dec<sup>r</sup> 1739, a Copy of an Original Contract Executed between you and the s<sup>d</sup> Delaney and Moore

*Answ<sup>r</sup>* Yes.

*Q<sup>n</sup>* did you proceed w<sup>th</sup> the Cargo of provisions you took on board the s<sup>d</sup> Ship at Philadelphia in Dec<sup>r</sup> 1739. directly to Tenereef

*Answ<sup>r</sup>* Yes

*Q<sup>n</sup>* Did you unlode s<sup>d</sup> Cargo at Tenereef

*Answ<sup>r</sup>* Yes

*Q<sup>n</sup>* to whom did you deliver the same

*Answ<sup>r</sup>* to M<sup>r</sup> David Lockhart

The Deponant declares the Answ<sup>rs</sup> by him made to the Questions put to him in his Examination before George Dunbar Esq. Deputy Judge are true

James Adamson Mate of said Ship, Sworn in Court
The Deponant declares the answers by him made to the Questions put to him in his Examination before George Dunbar Esq<sup>r</sup> Deputy Judge are true.

George Simpson Sworn in Court

The Deponant declares the Answers by him made to the Questions put to him in his Examination before George Dunbar Esq<sup>r</sup> Deputy Judge are true.

*Q<sup>n</sup>* Whether M<sup>r</sup> Lockhart met with any difficulty in getting in the Wines from the Inhabitants of Tenereef Which are on board of said Ship Oratava

*Answ<sup>r</sup>* none that we know of

George Ropes and Thomas Potts Sworn in Court

The Deponants declare the Answers by them made to the Questions put to them in their Examinations before George Dunbar Esq<sup>r</sup> Deputy Judge are true (Then the Court was adj<sup>rnd</sup>)

George Simpson further Declares

*Q<sup>n</sup>* What knowledge had you of M<sup>r</sup> Lockhart and as to his being a Protestant and how long he resided at Tenereef and when

*Q<sup>n</sup>* What knowledge had you of the dealing and Outstanding Debts of M<sup>r</sup> Lockhart at Tenereef

*Answ<sup>r</sup>* he was Bookkeeper to s<sup>d</sup> Lockhart and he knew he had Several large outstanding Debts at the time of the Delation of Warr and upon this Deponant coming away he had near 30 000 Dollars due to him the s<sup>d</sup> Lockhart and Comp<sup>a</sup>

*Q<sup>n</sup>* Who was in Comp<sup>a</sup> w<sup>th</sup> s<sup>d</sup> Lockhart

*Answ<sup>r</sup>* M<sup>r</sup> Crosse late British Consul at Tenereef

$Q^n$ · did you ever in Conversation with M$^r$ Lockhart hear him express himself or say he was desirous to move with his Effects from that place, into the Dominions of the King of Great Britain and when

*Answ$^r$* Yes, Upwards of two years ago and at several times since and that he Wrote Several Lett$^{rs}$ to M$^r$ Potts and M$^r$ Dundass of London to procure a plantation in North Carolina in Order there to Settle with his Family etc. he was always reported and treated there as a Subject to the King of Great Britain

$Q^n$ When was s$^d$ Lett$^{rs}$ wrote to s$^d$ Dundass.

*Answ$^r$* The last about one y$^r$ and half ago, and several before that time — The Coll$^r$ and the Gov$^r$ of the Castle on the third of Decemb$^r$ last took an Inventory of the Household Goods of s$^d$ Lockhart and M$^r$ Cross but removed none then nor at any time after to his knowledge, they having no Merchandize there at the time of the Inventory being taken

$Q^n$ what was the Motive of taking the afores$^d$ Inventory

*Answ$^r$* by way of Reprisal

### John Bennet Sworn in Court

$Q^n$ What part of the Ship Oratava did you buy for M$^r$ Lockhart

*Answ$^r$* One Quarter part from M$^r$ James Bowdoin for the life of David Lockhart and paid the Money for it to M$^r$ Daniel Ayrault about two years ago

Robert Williamson on oath further Declares that ab$^t$ the Month of April last and at several times before he heard David Lockhart express his desire to remove to North Carolina where this Dep$^t$ understood he had a Brother, as soon as he could get in his Effects — and for the space of 3 or 4 y$^{rs}$ he was acquainted w$^{th}$ the s$^d$ Lockhart at Tenereef where he was treated as a Subject to the King of Great Britain, and so reputed

(The Court adjourned)

[Admiralty Papers, I, 18]